UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

APPLIED BIOLOGICS LLC, a
South Dakota limited liability company,

      Plaintiff

v.

                                            Case No. 4:25-cv-13995
                                            Hon. F. Kay Behm

SPINE SPECIALISTS OF MICHIGAN
P.C., a Michigan professional corporation,

      Defendant.

---

**DEFENDANTS' ANSWER TO COMPLAINT AND RELIANCE UPON JURY DEMAND**

NOW COMES the Defendant, Spine Specialists of Michigan, P.C., by and through its attorneys, PADILLA LAW GROUP, and in Answer to Plaintiffs' Complaint, states as follows:

1. Defendant neither admits nor denies and leaves Plaintiff to its proofs.

2. Defendant denies that its principal place of business is located in Troy. Defendant admits all other allegations.

3. Defendant denies the same for the reason that the allegations are untrue. Defendant states that Plaintiff's case lacks the requisite jurisdictional amount in order to maintain this action.

4. Defendant neither admits nor denies and leaves Plaintiff to its proofs. Defendant states that Plaintiff's case lacks the requisite jurisdictional amount in order to maintain this action.

1

5.      Defendant neither admits nor denies and leaves Plaintiff to its proofs.

6.      Defendant neither admits nor denies and leaves Plaintiff to its proofs.

7.      Defendant neither admits nor denies and leaves Plaintiff to its proofs.

8.      Defendant neither admits nor denies and leaves Plaintiff to its proofs.

9.      Defendant lacks sufficient knowledge or information upon which to base a response to this paragraph and so neither admits nor denies and leaves Plaintiff to its proofs.

10.     Defendant neither admits nor denies and leaves Plaintiff to its proofs. Defendant lacks sufficient knowledge or information upon which to base a response to this paragraph and so neither admits nor denies and leaves Plaintiff to its proofs.

11.     Defendant lacks sufficient knowledge or information upon which to base a response to this paragraph and so neither admits nor denies and leaves Plaintiff to its proofs.

12.     Defendant lacks sufficient knowledge or information upon which to base a response to this paragraph and so neither admits nor denies and leaves Plaintiff to its proofs.

13.     Defendant lacks sufficient knowledge or information upon which to base a response to this paragraph and so neither admits nor denies and leaves Plaintiff to its proofs.

14.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue. Defendant paid according to the agreement of the parties.

15.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue. Defendant has submitted payment.

16.     Defendant lacks sufficient knowledge or information upon which to base a response to this paragraph and so neither admits nor denies and leaves Plaintiff to its proofs.

17.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue.

18.     Defendant neither admits nor denies and leaves Plaintiff to its proofs.

19.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue. There are other written and/or oral statements that are part of any agreement between the parties.

20.     Defendant lacks sufficient knowledge or information upon which to base a response to this paragraph and so neither admits nor denies and leaves Plaintiff to its proofs.

21.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue. There are other written and/or oral statements that are part of any agreement between the parties.

22.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue.

23.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue.

24.     Defendant neither admits nor denies and leaves Plaintiff to its proofs.

25.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue.

26.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue.

27.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue.

28.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue.

29.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue.

30.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue.

31.     Defendant lacks sufficient knowledge or information upon which to base a response to this paragraph and so neither admits nor denies and leaves Plaintiff to its proofs.

32.     Defendant lacks sufficient knowledge or information upon which to base a response to this paragraph and so neither admits nor denies and leaves Plaintiff to its proofs.

33.     Defendant lacks sufficient knowledge or information upon which to base a response to this paragraph and so neither admits nor denies and leaves Plaintiff to its proofs.

34.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue.

WHEREFORE, Defendant prays that this action be dismissed plus costs, interest and attorney fees so wrongfully sustained for having to defend this baseless claim which

attempts to circumvent the No Fault Act and avoid Applied Biologicals LLC's statutory responsibility under such Act.

*Respectfully submitted,*

PADILLA LAW GROUP

/s/ Daniel V. Padilla

Daniel V. Padilla (P48634)
Attorney for Plaintiff
1821 W. Maple Road
Birmingham, MI 48009
(248) 593-0300

Dated: February 13, 2026

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument along with a Certificate of Service was electronically filed on February 13, 2026, with the Court's e-filing system, which will send notification of such filing to all attorneys of record.

/s/ Cheryl Johnston