UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

APPLIED BIOLOGICS LLC, a
South Dakota limited liability company,

      Plaintiff

v.                                                                       Case No. 4:25-cv-13995
                                                                         Hon. F. Kay Behm

SPINE SPECIALISTS OF MICHIGAN
P.C., a Michigan professional corporation,

      Defendant.

_____

## DEFENDANTS' AMENDED ANSWER TO COMPLAINT AND JURY DEMAND

NOW COMES the Defendant, Spine Specialists of Michigan, P.C., by and through its attorneys, PADILLA LAW GROUP, and in Answer to Plaintiffs' Complaint, states as follows:

1.     Defendant neither admits nor denies and leaves Plaintiff to its proofs.

2.     Defendant denies that its principal place of business is located in Troy. Defendant admits all other allegations.

3.     Defendant denies the same for the reason that the allegations are untrue. Defendant states that Plaintiff's case lacks the requisite jurisdictional amount in order to maintain this action.

4.     Defendant neither admits nor denies and leaves Plaintiff to its proofs. Defendant states that Plaintiff's case lacks the requisite jurisdictional amount in order to maintain this action.

5.      Defendant neither admits nor denies and leaves Plaintiff to its proofs.

6.      Defendant neither admits nor denies and leaves Plaintiff to its proofs.

7.      Defendant neither admits nor denies and leaves Plaintiff to its proofs.

8.      Defendant neither admits nor denies and leaves Plaintiff to its proofs.

9.      Defendant lacks sufficient knowledge or information upon which to base a response to this paragraph and so neither admits nor denies and leaves Plaintiff to its proofs.

10.     Defendant neither admits nor denies and leaves Plaintiff to its proofs. Defendant lacks sufficient knowledge or information upon which to base a response to this paragraph and so neither admits nor denies and leaves Plaintiff to its proofs.

11.     Defendant lacks sufficient knowledge or information upon which to base a response to this paragraph and so neither admits nor denies and leaves Plaintiff to its proofs.

12.     Defendant lacks sufficient knowledge or information upon which to base a response to this paragraph and so neither admits nor denies and leaves Plaintiff to its proofs.

13.     Defendant lacks sufficient knowledge or information upon which to base a response to this paragraph and so neither admits nor denies and leaves Plaintiff to its proofs.

14.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue. Defendant paid according to the agreement of the parties.

15.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue. Defendant has submitted payment.

16.     Defendant lacks sufficient knowledge or information upon which to base a response to this paragraph and so neither admits nor denies and leaves Plaintiff to its proofs.

17.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue.

18.     Defendant neither admits nor denies and leaves Plaintiff to its proofs.

19.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue. There are other written and/or oral statements that are part of any agreement between the parties.

20.     Defendant lacks sufficient knowledge or information upon which to base a response to this paragraph and so neither admits nor denies and leaves Plaintiff to its proofs.

21.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue. There are other written and/or oral statements that are part of any agreement between the parties.

22.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue.

23.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue.

24.     Defendant neither admits nor denies and leaves Plaintiff to its proofs.

25.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue.

26.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue.

27.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue.

28.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue. As set forth in the Affidavit of Dr. Louis N. Radden, no amount is due and owing at this time per the agreement and understanding of the parties. (**Exhibit 1**).

29.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue.

30.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue.

31.     Defendant lacks sufficient knowledge or information upon which to base a response to this paragraph and so neither admits nor denies and leaves Plaintiff to its proofs.

32.     Defendant lacks sufficient knowledge or information upon which to base a response to this paragraph and so neither admits nor denies and leaves Plaintiff to its proofs.

33.     Defendant lacks sufficient knowledge or information upon which to base a response to this paragraph and so neither admits nor denies and leaves Plaintiff to its proofs.

34.     Defendant denies the allegations contained in this paragraph for the reason that said allegations are untrue.

WHEREFORE, Defendant prays that this action be dismissed plus costs, interest and attorney fees so wrongfully sustained for having to defend this baseless claim which attempts to circumvent the No Fault Act and avoid Applied Biologicals LLC's statutory responsibility under such Act.

*Respectfully submitted,*

PADILLA LAW GROUP

/s/ S. Wesley Compton
S. Wesley Compton (P75103)
Attorney for Defendant
1821 W. Maple Road
Birmingham, MI 48009
(248) 593-0300

Dated: March 6, 2026

---

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument along with a Certificate of Service was electronically filed on March 6, 2026, with the Court's e-filing system, which will send notification of such filing to all attorneys of record.

/s/ Cheryl Johnston

# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

APPLIED BIOLOGICS LLC, a
South Dakota limited liability company,

        Plaintiff

v.
                             Case No. 4:25-cv-13995
                             Hon. F. Kay Behm

SPINE SPECIALISTS OF MICHIGAN
P.C., a Michigan professional corporation,

        Defendant.

---

## AFFIDAVIT OF DR. LOUIS N. RADDEN

STATE OF MICIGAN         )
                            )
SS COUNTY OF OAKLAND    )

Dr. Louis N. Radden, being first duly sworn, deposes and states as follows:

1. I am over the age of 18 years old and am competent to testify to the subject matter contained within this affidavit.

2. I am the owner of Spine Specialists of Michigan, P.C. and the person with the most knowledge at Spine Specialists of Michigan, P.C. as to the agreement between Applied Biologics LLC and Spine Specialists of Michigan, P.C.

3. As of this date, Spine Specialists of Michigan, P.C. has met its obligations for payment to Applied Biologics LLC pursuant to its agreement with Applied Biologics LLC. No other amount is due and owing.

**FURTHER AFFIANT FURTHER SAYETH NOT.**

/s/_____
**Dr. Louis N. Radden,** affiant
Owner and Agent of Spine Specialists
of Michigan, P.C.

1

Subscribed and sworn to before me on this day of _March  4_ , 2026
/s/ _____ Notary public,
State of _Michigan_ , County of _Oakland_ . My commission
expires: _2-23-2031_ . Acting in the
County of _Oakland_ .


CHERYL LYN BAUMAN-JOHNSTON
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Feb 23, 2031
ACTING IN COUNTY OF _Oakland_

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

APPLIED BIOLOGICS LLC, a
South Dakota limited liability company,

      Plaintiff

v.
                                        Case No. 4:25-cv-13995
                                        Hon. F. Kay Behm

SPINE SPECIALISTS OF MICHIGAN
P.C., a Michigan professional corporation,

      Defendant.

---

## JURY DEMAND

    Defendant demands a Trial by jury in this matter.

                                      PADILLA LAW GROUP


                                      /s/ S. Wesley Compton
                                      S. Wesley Compton (P75103)
                                      Attorney for Defendant
                                        1821 W. Maple Road
                                      Birmingham, MI 48009
                                      (248) 593-0300

Dated:  March 6, 2026

6