UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

APPLIED BIOLOGICS LLC, a
South Dakota limited liability company,

Plaintiff

v.

Case No. 4:25-cv-13995
Hon. F. Kay Behm

SPINE SPECIALISTS OF MICHIGAN
P.C., a Michigan professional corporation,

Defendant.

---

**ORDER GRANTING JOINT MOTION FOR 60-DAY CONTINUANCE OF CASE DEADLINES**

The Court, having considered the parties' Joint Motion for 60-Day Continuance of Case Deadlines, and good cause appearing;

**IT IS HEREBY ORDERED** that the Motion is granted.

**IT IS FURTHER ORDERED** that the deadlines set forth in the Case Management Order (Phase I), dated March 18, 2026, shall be continued for a period of 60 days, as follows:

| Event | Previous Deadline | Proposed Deadline |
|---|---|---|
| Last day to notify court of mediator | September 9, 2026 | November 6, 2026 |

| | | |
|---|---|---|
| Cutoff for fact and expert discovery | October 9, 2026 | December 11, 2026 |
| Deadline for mediation /facilitation | November 9, 2026 | January 8, 2027 |
| Deadline to file dispositive motions | December 9, 2026 | February 5, 2027 |

SO ORDERED.

Dated: August 18, 2026

s/F. Kay Behm
F. Kay Behm
United States District Judge